| AO 10 Rev. 1/2015 | **FINANCIAL DISCLOSU**<br>**FINAL FILIN** |
| --- | --- |

| 1. **Person Reporting** (last name, first, middle initial)<br><br>Acker, Jr., William M. | 2. **Court or C**<br><br>Northern D |
| --- | --- |
| 4. **Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior) | 5a. **Report T**<br><br>☐ Nomi<br>☐ Initial<br><br>5b. ☐ A |
| 7. **Chambers or Office Address**<br><br>Suite 401<br>1729 5th Ave., N.<br>Birmingham, AL 35203 | |
| | ***IMPORTANT NOTES:*** *The instructions accomp*<br>*checking the NONE box for each part w* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ **NONE** *(No reportable positions.)*

POSITION

1. _____

## III. NON-INVESTMENT INCOME

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment*

DATE

1.

2.

3.

4.

## V. GIFTS. *(Includes those to spouse and dependent chil*

☑ NONE *(No reportable gifts.)*

<u>SOURCE</u>

1. _____

2. _____

3. _____

4. _____

5. _____

## VII. INVESTMENTS and TRUSTS

☐ NONE *(No reportable income, assets,*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | ...<br>re...<br><br>(1)<br>Amou...<br>Code...<br>(A-... |
|---|---|
| 1. Morgan Stanley (Liquid Assets) | C |
| 2. Phillips 66 (formerly Conoco) | B |

# VII. INVESTMENTS and TRUSTS

☐ NONE *(No reportable income, assets,*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | I<br>re<br>(1)<br>Amou<br>Code<br>(A-F |
|---|---|
| 18. Pepsico | C |
| 19. Medtronic | B |

## VIII. ADDITIONAL INFORMATIO

With respect to item 18 in Section VII, the purchase of
Financial Disclosure.  Please consider this as an amm

## IX. CERTIFICATION.

I certify that all information given above (includin accurate, true, and complete to the best of my knowled provisions permitting non-disclosure.

I further certify that earned income from outside e compliance with the provisions of 5 U.S.C. app. § 501 e